IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Downingtown Area School District :
:
v. : No. 1461 C.D. 2016
:
Chester County Board :
of Assessment Appeals :
:
Appeal of: Marchwood Associates :

# **O R D E R**

NOW, August 29, 2017, having considered appellant's application for reconsideration/reargument and appellees' answers in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge